SMOCK et al., Respondents, v. WHITE, Appellant.

1. It is the settled practice of the supreme court not to interfere with the verdicts of juries because they are against the weight of evidence.

*Appeal from St. Louis Court of Common Pleas.*

*Hudson & Thomas*, for appellant.
*S. T. & A. D. Glover*, for respondents.

NAPTON, Judge, delivered the opinion of the court.

No point of law is presented by this record. No instructions were asked or given. The jury passed upon the question of fact submitted and the court sanctioned the verdict of the jury. No objection was made to the testimony on either side. It is a settled practice of this court not to interfere in such cases. The judgment is affirmed. Richardson, Judge, not sitting, having been of counsel.